IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DARNELL CHARLES PORTER,
ADC #116186                                                                                        PLAINTIFF

v.                          Case No. 2:17-cv-00166-KGB-JJV

TEVIN SMITH, *et al*.                                                                       DEFENDANTS

# ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 51). No objections to the Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendations in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Separate defendants Amanda Granger, Danny Norment, and David Knott's motion for partial summary judgment is granted (Dkt. No. 47).

2. Mr. Porter's failure to protect claims against Ms. Granger, Mr. Norment, and Mr. Knott are dismissed without prejudice for failure to exhaust administrative remedies. Accordingly, Ms. Granger, Mr. Norment, and Mr. Knott are dismissed as parties to this lawsuit.

3. Mr. Porter may proceed with his failure to protect claims against separate defendants Tevin Smith, Yolanda Daniel, and Anita Washington.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be in good faith.

So ordered this 5th day of July, 2018.

_____
Kristine G. Baker
United States District Judge