IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DARNELL CHARLES PORTER,
ADC #116186                                                                                          PLAINTIFF

v.                          Case No. 2:17-cv-00166-KGB-JJV

TEVIN SMITH, *et al.*                                                                               DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 68-1). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Accordingly, the Court grants the motion for summary judgment filed by defendants Officer Tevin Smith, Officer Yolanda Daniel, and Officer Anita Washington (Dkt. No. 57). Accordingly, the Court dismisses with prejudice plaintiff Darnell Charles Porter's failure to protect claims against Officer Smith, Officer Daniel, and Officer Washington. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. The Court dismisses Officer Smith, Officer Daniel, and Officer Washington as parties to this action.

So ordered this 11th day of July 2019.

                                                     Kristine G. Baker
                                                     United States District Judge