IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DARNELL CHARLES PORTER,**
**ADC #116186**                                                                                                       **PLAINTIFF**

v.                          Case No. 2:17-cv-00166-KGB-JJV

**TEVIN SMITH,** *et al*.                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Darnell Charles Porter's complaint is dismissed. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

So adjudged this 11th day of July 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge